UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTONIO JOHNSON                                            CIVIL ACTION

VERSUS

BRIAN GUILLOT, ET AL.                              NO. 22-00584-BAJ-SDJ

RULING AND ORDER

On December 16, 2022, the Magistrate Judge issued a **Report and Recommendation (Doc. 8, the "R&R")**, recommending that the above-captioned action be dismissed without prejudice, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e. No timely objection was filed.

After having carefully considered Plaintiff's Complaint, the R&R, and all related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 15th day of March, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**